Nos. 2015-1580, -1606, -1607

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,
*Plaintiff-Cross-Appellant,*

and

ADVANCED BIONICS, LLC,
*Plaintiff-Cross-Appellant,*

v.

COCHLEAR CORPORATION, N/K/A COCHLEAR AMERICAS,
*Defendant-Appellant,*

and

COCHLEAR LTD.,
*Defendant-Appellant.*

Appeals from the United States District Court for Central District of California in Case No. 2:07-cv-08108, Judge Fernando M. Olguin

**PLAINTIFF-CROSS-APPELLANT ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH'S NOTICE OF UNOPPOSED MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTE PRINCIPAL COUNSEL; MEMORANDUM OF LAW; DECLARATION OF DANIEL JOHNSON, JR.; DECLARATION OF DAN GRUNFELD; DECLARATION OF JOHN PETROVICH; [PROPOSED] ORDER**

Daniel Grunfeld
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

Michael J. Lyons
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001

*Attorneys for Plaintiff-Cross-Appellant*
ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

# **CERTIFICATE OF INTEREST**

Counsel for the Plaintiff-Cross-Appellant Alfred E. Mann Foundation for Scientific Research certifies the following:

1. The full name of every party or amicus represented by me is:

   The Alfred E. Mann Foundation for Scientific Research

2. The name of the real party in interest represented by me is:

   The Alfred E. Mann Foundation for Scientific Research

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or *amicus curiae* represented by me is:

   None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   MORGAN, LEWIS & BOCKIUS, LLP:  Daniel Grunfeld, Daniel Johnson, Jr.[*], Michael J. Lyons, Thomas M. Peterson, Jason E. Gettleman, Rachel M. Walsh[*], Esther K. Ro, Corey R. Houmand, Lindsey M. Shinn, Jacob J.O. Minne, and Ehsun Forghany.

   KAYE SCHOLER, LLP:  Jonathan M. Rotter, Oscar Ramallo, Robert D. Estrin, Robert Laurenzi, Scott G. Lindvall

   MERCHANT & GOULD, PC:  Brett A. Hertzberg, Brian G. Bodine, Peter A. Gergely

   MORRISON AND FOERSTER, LLP:  Charles S. Barquist

   PERKINS COIE LLP:  Kaustuv M. Das

---

[*] Appeared at trial, but no longer associated with Morgan, Lewis & Bockius LLP.

Dated: June 14, 2016                    Respectfully submitted,


                                        By:  /s/ Michael J. Lyons
                                            Michael J. Lyons

                                            *Attorneys for Plaintiff-Cross-Appellant*
                                            ALFRED E. MANN FOUNDATION
                                            FOR SCIENTIFIC RESEARCH

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff-Cross-Appellant Alfred E. Mann Foundation for Scientific Research ("AMF") in the above-captioned matter, will and hereby does move the Court for an order approving the withdrawal of Daniel Johnson, Jr. as counsel for AMF and substituting Michael J. Lyons as principal counsel.  AMF will continue to be represented by Michael J. Lyons and additional attorneys of Morgan, Lewis and Bockius LLP ("Morgan Lewis") who will continue to effectively represent AMF in any further proceedings.  Defendants–Appellants Cochlear Corporation and Cochlear Ltd. do not oppose this Motion.

This Motion is made and based on this Notice of Motion and Motion, the attached Memorandum of Law, the supporting Declarations of Daniel Johnson, Jr., Daniel Grunfeld, and John Petrovich, all papers on file in this action, and all such other matter as may be requested by or presented to the Court.

//

//

//

//

//

1

Dated:  June 14, 2016					Respectfully submitted,

By:   /s/ Michael J. Lyons
Michael J. Lyons
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001

Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442.1000
Facsimile:  (415) 442.1001

Daniel Grunfeld
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

*Attorneys for Plaintiff-Cross-Appellant*
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

Nos. 2015-1580, -1606, -1607

---

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

---

ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,
*Plaintiff-Cross-Appellant,*

and

ADVANCED BIONICS, LLC,
*Plaintiff-Cross-Appellant,*

v.

COCHLEAR CORPORATION, N/K/A COCHLEAR AMERICAS,
*Defendant-Appellant,*

and

COCHLEAR LTD.,
*Defendant-Appellant.*

---

Appeals from the United States District Court for Central District of California in Case No. 2:07-cv-08108, Judge Fernando M. Olguin

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTE PRINCIPAL COUNSEL

Daniel Grunfeld
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

Michael J. Lyons
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001

*Attorneys for Plaintiff-Cross-Appellant*
ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

Plaintiff-Cross-Appellant Alfred E. Mann Foundation for Scientific Research ("AMF") respectfully files this unopposed motion to withdraw an attorney of record and substitute principal counsel. Daniel Johnson, Jr.is currently designated as AMF's principal counsel and Michael J. Lyons is currently designated as AMF's of counsel. AMF respectfully moves to withdraw Mr. Johnson as counsel for AMF and to designate Mr. Lyons as AMF's principal counsel. Pursuant to Fed. Cir. R. 27 and 47.3(c) a counsel of record in a pending matter may not withdraw as counsel for a party without notice to the party, filing a motion with the Court and obtaining the Court's consent. Here, AMF has notice that Mr. Johnson will withdraw as counsel and good cause supports the Court's consent to his withdrawal and the related substitution of Michael J. Lyons as principal counsel for AMF.

As set forth in the Declaration of Daniel Johnson, Jr., Mr. Johnson has resigned from Morgan, Lewis & Bockius LLP. *See* Declaration of Daniel Johnson, Jr., ¶¶ 1. John Petrovich, General Counsel for AMF, was notified of Mr. Johnson's departure and AMF now seeks to withdraw Mr. Johnson as counsel in this matter. Declaration of Dan Grunfeld ¶ 1; Declaration of John Petrovich ¶ 2. Substitution of principal counsel is necessary because Mr. Johnson was previously designated principal counsel and AMF and its counsel now agree that Mr. Lyons should be designated as principal counsel for AMF. Grunfeld Decl.. ¶ 1; Petrovich Decl. ¶ 2. Accordingly, AMF respectfully requests issuance of an order granting the motion

and removing Mr. Johnson as counsel of record for AMF and substituting Mr. Lyons as principal counsel for AMF.

Dated:  June 14, 2016                              Respectfully submitted,

                                                        By:   /s/ Michael J. Lyons
Michael J. Lyons
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001

Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA 94105-1126
Telephone:  (415) 442.1000
Facsimile:  (415) 442.1001

Daniel Grunfeld
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

*Attorneys for Plaintiff-Cross-Appellant*
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,
*Plaintiff-Cross-Appellant,*

and

ADVANCED BIONICS, LLC,
*Plaintiff-Cross-Appellant,*

v.

COCHLEAR CORPORATION, N/K/A COCHLEAR AMERICAS,
*Defendant-Appellant,*

and

COCHLEAR LTD.,
*Defendant-Appellant.*

Appeals from the United States District Court for Central District of California in Case No. 2:07-cv-08108, Judge Fernando M. Olguin

**DECLARATION OF DANIEL JOHNSON, JR.**

Daniel Grunfeld
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Michael J. Lyons
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

*Attorneys for Plaintiff-Cross-Appellant*
ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

I, Daniel Johnson, Jr., am a partner in the Dan Johnson Law Group, LLP and a former a partner at the law firm of Morgan, Lewis and Bockius LLP ("Morgan Lewis"), counsel for Plaintiff-Cross- Appellant Alfred E. Mann Foundation for Scientific Research ("AMF"). All of the facts set forth herein are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

1. I resigned from Morgan Lewis in August of 2015 and founded the Dan Johnson Law Group, LLP. My email address is dan@danjohnsonlawgroup.com.

Under 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 6, 2016

_____
DANIEL JOHNSON, JR.
Dan Johnson Law Group, LLP

2

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,
*Plaintiff-Cross-Appellant,*

and

ADVANCED BIONICS, LLC,
*Plaintiff-Cross-Appellant,*

v.

COCHLEAR CORPORATION, N/K/A COCHLEAR AMERICAS,
*Defendant-Appellant,*

and

COCHLEAR LTD.,
*Defendant-Appellant.*

Appeals from the United States District Court for Central District of California in Case No. 2:07-cv-08108, Judge Fernando M. Olguin

## DECLARATION OF DANIEL GRUNFELD

Daniel Grunfeld
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

Michael J. Lyons
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001

*Attorneys for Plaintiff-Cross-Appellant*
ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

1

I, Daniel Grunfeld, am a partner at the law firm of Morgan, Lewis and Bockius LLP ("Morgan Lewis"), and counsel for Plaintiff-Cross-Appellant Alfred E. Mann Foundation for Scientific Research ("AMF"). All of the facts set forth herein are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

1. I have spoken with John Petrovich, General Counsel for AMF, and informed him of Mr. Johnson's departure from Morgan Lewis. Mr. Petrovich agreed that Mr. Johnson would withdraw and that Mr. Lyons should replace him as principal counsel in this matter.

2. On May 26, 2016, I telephonically met and conferred with counsel for Defendants–Appellants Cochlear Corporation and Cochlear Ltd., who confirmed that they do not oppose this motion.

Under 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: __June 14__, 2016         By /s/ Daniel Grunfeld
                                 Daniel Grunfeld
                                 MORGAN, LEWIS & BOCKIUS LLP
                                 300 South Grand Avenue, 22nd Floor
                                 Los Angeles, CA 90071-3132
                                 Telephone: (213) 612-2500
                                 Facsimile: (213) 612-2501

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,
*Plaintiff-Cross-Appellant,*

and

ADVANCED BIONICS, LLC,
*Plaintiff-Cross-Appellant,*

v.

COCHLEAR CORPORATION, N/K/A COCHLEAR AMERICAS,
*Defendant-Appellant,*

and

COCHLEAR LTD.,
*Defendant-Appellant.*

Appeals from the United States District Court for Central District of California in Case No. 2:07-cv-08108, Judge Fernando M. Olguin

## DECLARATION OF JOHN PETROVICH

I, John Petrovich, am General Counsel for the Alfred E. Mann Foundation for Scientific Research ("AMF"). All of the facts set forth herein are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

1. AMF has retained Morgan Lewis & Bockius, LLP ("Morgan Lewis") as counsel in this matter and the related district court proceedings. At the time this representation was decided upon, Daniel Johnson was a partner at Morgan Lewis.

2. I understand that Mr. Johnson left Morgan Lewis and in August 2015, founded the Dan Johnson Law Group, LLP. AMF has not retained the Dan Johnson Law Group, or Mr. Johnson personally, and wishes to withdraw Mr. Johnson as counsel in this matter.

3. AMF continues to be represented by Morgan Lewis, and further wishes to appoint Mr. Lyons as principal counsel in this matter.

Under 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 13 JUN, 2016    By _____
John Petrovich
General Counsel
Alfred E. Mann Foundation
for Scientific Research

DB2/ 30124869.3

2

Nos. 2015-1580, -1606, -1607

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,
*Plaintiff-Cross-Appellant,*

and

ADVANCED BIONICS, LLC,
*Plaintiff-Cross-Appellant,*

v.

COCHLEAR CORPORATION, N/K/A COCHLEAR AMERICAS,
*Defendant-Appellant,*

and

COCHLEAR LTD.,
*Defendant-Appellant.*

Appeals from the United States District Court for Central District of California in Case No. 2:07-cv-08108, Judge Fernando M. Olguin

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ATTORNEY AND TO SUBSTITUTE PRINCIPAL ATTORNEY**

1

HAVING REVIEWED THE MOTION TO WITHDRAW AND TO SUBSTITUTE PRINCIPAL COUNSEL and supporting papers, and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED THAT Daniel Johnson, Jr. is removed as counsel of record in this matter for Plaintiff-Cross-Appellant Alfred E. Mann Foundation for Scientific Research ("AMF") and that Michael J. Lyons is hereby substituted as principal counsel for AMF.

Dated: _____                           By _____
                                            United States Federal Circuit Court

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing **PLAINTIFF-CROSS-APPELLANT ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH'S NOTICE OF UNOPPOSED MOTION TO WITHDRAW ATTORNEY AND SUBSTITUTE PRINCIPAL COUNSEL; MEMORANDUM OF LAW; DECLARATION OF DANIEL JOHNSON, JR.; DECLARATION OF DAN GRUNFELD; DECLARATION OF JOHN PETROVICH; [PROPOSED] ORDER** were served upon registered counsel by operation of the Court's CM/ECF system on June 14, 2016.

                                      By:  /s/ Michael J. Lyons
                                            Michael J. Lyons

                                            *Attorneys for Plaintiff-Cross-Appellant*
                                            ALFRED E. MANN FOUNDATION
                                            FOR SCIENTIFIC RESEARCH